# IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DIAMARY REYES**,
 Plaintiff,

v.

 **G.H. HARRIS ASSOCIATES, INC.;**
 **VALERIE (Last Name Unknown),**
 in her individual and official capacity;
 **TINA J. KOREN,**
 Whitehall Township Tax Collector/Treasurer,
 in her individual and official capacity; and
 **WHITEHALL TOWNSHIP**,
 Defendants.

Civil Action No. _____

# COMPLAINT

*(Jury Trial Demanded by Plaintiff)*

Plaintiff, Diamary Reyes ("Plaintiff"), proceeding pro se, states as follows:

# I. INTRODUCTION

1.  This action arises from Defendants' mishandling of Plaintiff's Per Capita Tax exoneration request, their issuance of a collection notice while Plaintiff's 2025 exoneration application was pending and unresolved, and their subsequent written statements falsely claiming
     (a) prior exoneration "denials" for years in which Plaintiff never applied, and
     (b) the mailing of twelve (12) delinquency notices that Plaintiff never received and that have never been documented.
2.  Plaintiff brings this action to remedy violations of her rights under:

a. the Fourteenth Amendment of the United States Constitution (procedural and substantive due process),
b. 42 U.S.C. § 1983,
c. Pennsylvania statutory law, and
d. Whitehall Township Ordinance Article 5, Section 24-53 (Exonerations), as well as for negligent misrepresentation, administrative negligence, and related state-law claims.

3. Plaintiff seeks declaratory and injunctive relief, actual and compensatory damages, punitive damages, and such other relief as the Court deems just and proper.

## II. THE PARTIES

4. Plaintiff **DIAMARYS REYES** is an adult resident of Whitehall Township, Lehigh County, Pennsylvania, residing at 1338 N. 14th St., Apt T23, Whitehall, PA 18052.

5. Defendant **G.H. HARRIS ASSOCIATES, INC.** ("Harris") is a municipal tax collection company that contracts with Whitehall Township and/or Whitehall-Coplay School District to collect Per Capita and related taxes. At all times relevant, Harris acted under color of state law through its role as bonded delinquent tax collector.

6. Defendant **VALERIE** (last name unknown to Plaintiff) is an employee/agent of Harris who communicated directly with Plaintiff regarding her exoneration request and participated in the handling and denial of that request. She is sued in her individual and official capacities.

7. Defendant **TINA J. KOREN** is the duly-appointed Tax Collector/Treasurer for Whitehall Township, Pennsylvania. She corresponded with Plaintiff, interpreted the applicable ordinance, and, upon information and belief, provided the information used in the December 9, 2025 email falsely alleging prior denials and twelve notices. She is sued in her individual and official capacities.

8. Defendant **WHITEHALL TOWNSHIP** is a municipal entity in Lehigh County, Pennsylvania, responsible for adopting and implementing the Per Capita tax ordinance and supervising its Tax Collector/Treasurer.

## III. JURISDICTION AND VENUE

9. This Court has federal question jurisdiction under **28 U.S.C. § 1331** because Plaintiff asserts claims under the United States Constitution and **42 U.S.C. § 1983**.

10. This Court has supplemental jurisdiction over Plaintiff's related state-law claims under **28 U.S.C. § 1367**.

11. Venue is proper under **28 U.S.C. § 1391(b)** because all Defendants reside in, or conduct substantial business in, the Eastern District of Pennsylvania and the events giving rise to this action occurred within this District.

# IV. FACTUAL ALLEGATIONS

## (Per-Capita Exoneration Request – 2025)

12. On or about October 17, 2025, Plaintiff emailed Harris at info@ghharris.com with the subject line **"Request for Per Capita Tax Exoneration – Account #2425668076,"** attaching an exoneration request form and supporting documentation, including:
    (a) SSI benefit verification letter showing $967.00 monthly income;
    (b) proof of public assistance (SNAP);
    (c) other requested records.
    *(Exhibit A – October 17, 2025 Email and Attachments).*

13. Later that same day, Defendant Valerie informed Plaintiff that the attachments had not forwarded correctly and requested that Plaintiff resend them.
    *(Exhibit B – October 17, 2025 Email from Valerie).*

14. Plaintiff resent the requested documents on October 17, 2025, and Defendant Valerie confirmed receipt, stating that she would review the documents to determine whether the information met Whitehall Township's exoneration requirements.
    *(Exhibit C – October 17, 2025 Emails).*

15. On October 20, 2025, Valerie emailed Plaintiff stating that, according to the Whitehall Township Treasurer and the criteria for exoneration, **"the income for the disabled child exceeds the $5000/year threshold, rendering you ineligible for exoneration,"** citing a township form that lists $5,000/year as a limit.
    *(Exhibit D – October 20, 2025 Email from Valerie).*

## (Formal Clarification Request – October 20, 2025)

16. On October 20, 2025, Plaintiff emailed Valerie a formal written request for clarification and reconsideration, citing Whitehall Township Code § 24-53 and

explaining that the ordinance refers to the income of **the person subject to the tax**, not the dependent child.
 *(Exhibit E – October 20, 2025 Clarification Request).*

17. Plaintiff also cited federal and state law establishing that SSI and SNAP of a dependent child are **non-taxable and non-countable**, and requested written documentation of any policy allowing Defendants to count such benefits toward the income threshold.

18. Valerie responded that Per Capita is "a personal tax based on your residency and not an income tax," and copied Defendant Tina J. Koren.
 *(Exhibit F – October 20, 2025 Email from Valerie).*

19. Tina Koren then emailed Plaintiff with a copy of **Whitehall Township Ordinance Article 5, Section 24-53**, without addressing Plaintiff's legal concerns.
 *(Exhibit G – October 20, 2025 Email from Koren).*

20. Later on October 20, Plaintiff submitted the completed **2025 Exoneration Application**, with attachments of SSI letter, SNAP confirmation, student enrollment document, and ID.
 *(Exhibit H – Application and Email).*

21. Plaintiff requested confirmation once the application was reviewed.

22. **Defendants never issued a written approval or denial.**

## (Collection Notice While Application Pending)

23. On December 5, 2025, while the 2025 application remained pending, Harris issued a **collection letter** demanding **$204.60**, referencing multiple years.
 *(Exhibit I – Collection Letter).*

24. The letter did NOT itemize the balance.

25. On December 8, Plaintiff emailed Defendants stating the application was pending, requesting itemization, and asking for immediate suspension of collection.
 *(Exhibit J).*

## (False Claims: Prior Denials & Twelve Notices)

26. On December 9, 2025, at 9:03 a.m., an email was sent from "G.H. Harris Info," containing information that, upon belief, originated from **Tina Koren**.

27. The email falsely claimed:

- Plaintiff had been "denied" exonerations for **2022, 2023, 2024**
- Plaintiff had been sent **12 delinquency notices**

- Harris was not governed by the FDCPA
  *(Exhibit K – December 9 Email)*.
28. Plaintiff had **never applied** for exoneration in 2022–2024.
29. Plaintiff had **never received** any of the twelve notices.
30. Defendants have produced **no copies, no dates, no proof of mailing**.
31. Upon information and belief, these claims were **false, inaccurate, or fabricated**.
*32.* Plaintiff immediately responded requesting documentation.
  *(Exhibit L)*.
33. On December 11, Plaintiff sent a second follow-up requesting:
- Evidence
- Prior notices
- Status of her 2025 application
- Itemized balance
  *(Exhibit M)*.
34. Defendants have **not responded**.
35. Plaintiff suffered stress and confusion due to threats of wage attachment and unverified debt.
36. All Defendants acted under color of state law.

# V. CAUSES OF ACTION

## COUNT I — Procedural Due Process Violation (42 U.S.C. § 1983)

*(All Defendants)*

37–40. *(Full content preserved as written.)*

## COUNT II — Substantive Due Process Violation (42 U.S.C. § 1983)

*(All Defendants)*

41–43. *(Full content preserved as written.)*

## COUNT III — Negligent Misrepresentation

*(State Law)*

44–47. *(Full content preserved.)*

## COUNT IV — Administrative Negligence / Failure to Maintain Accurate Records

48–51. *(Full content preserved.)* **COUNT V — Violation of Whitehall Township Ordinance 24-53**

52–55. *(Full content preserved.)*

## COUNT VI — Unfair and Deceptive Practices (State Law)

56–58. *(Full content preserved.)*

# VI. PRAYER FOR RELIEF

A. Declaration of violations
 B. Order compelling production of records
 C. Injunction stopping collection action
 D. Compensatory damages
 E. Punitive damages
 F. Costs and any further relief

# Respectfully submitted,

_____

**DIAMARY REYES**
1338 N. 14th St., Apt T23
Whitehall, PA 18052
Email: diamaryssalon@gmail.com

Pro Se Plaintiff
Date: 12/17/2025

## Exhibit A



## Exhibit A



**Valerie** <valerie@ghharris.com>                    Oct 17, 2025, 2:57 PM    ☆  ☺  ↩  ⋮
to me ▾

Good afternoon,

Unfortunately your attachments didn't come through when forwarded to me. Can you please resend them in reply to this email?

Thank you,
*Valerie*
G.H. Harris Associates Inc.
570-639-5005 / 570-639-1481
570-639-2964 fax
PO Box 216, Dallas PA 18612
www.ghharris.com

On Fri, Oct 17, 2025 at 2:17 PM Paul <paul@ghharris.com> wrote:

Sent from my iPhone

Begin forwarded message:

From: Diamarys Reyes <diamaryssalon@gmail.com>
Date: October 17, 2025 at 1:03:32 PM EDT
To: info@ghharris.com
Subject: Request for Per Capita Tax Exoneration – Account #2425668076

•••

<Exoneration_Request_DiamarysReyes.pdf.pdf>
<SSI New letter 2025 oct.pdf>
<Screenshot 2025-10-17 122001.png>

## Exhibit A



**Diamarys Reyes** <diamaryssalon@gmail.com>
to Valerie

Oct 17, 2025, 3:10 PM

Good afternoon Valerie,

Thank you for letting me know. I'm resending the requested documents here as attachments for your review. Please confirm once received.

Best regards,
**Diamarys Reyes**
1338 N 14th St, Apt T23
Whitehall, PA 18052
diamaryssalon@gmail.com
October 17, 2025

**3 Attachments** · Scanned by Gmail ⓘ     Add all to Drive

Exoneration_Req...     SSI New letter 20...

## Exhibit B



**Diamarys Reyes** <diamaryssalon@gmail.com>
to Valerie

Oct 17, 2025, 3:10 PM

Good afternoon Valerie,

Thank you for letting me know. I'm resending the requested documents here as attachments for your review.
Please confirm once received.

Best regards,
**Diamarys Reyes**
1338 N 14th St, Apt T23
Whitehall, PA 18052
diamaryssalon@gmail.com
October 17, 2025

**3 Attachments** · Scanned by Gmail

Add all to Drive

Exoneration_Req...     SSI New letter 20...

## Exhibit B

 **Valerie** <valerie@ghharris.com>                    Fri, Oct 17, 3:18 PM     ☆    
to me ▾

Hi Diamarys,

Received, thank you. I'll let you know once I review the documents whether the information meets Whitehall Township's requirements for exoneration.

Have a nice weekend,

*Valerie*
G.H. Harris Associates Inc.
570-639-5005 / 570-639-1481
570-639-2964 fax
PO Box 216, Dallas PA 18612
www.ghharris.com

•••

## Exhibit B



**Diamarys Reyes** <diamaryssalon@gmail.com>
to Valerie

Oct 17, 2025, 3:21 PM

Hi Valerie,

Thank you so much for confirming receipt. I truly appreciate your time and assistance with this review.
Please let me know if you need any additional information from me.

Have a wonderful weekend!

Best regards,
**Diamarys Reyes**

## Exhibit C



**Valerie** <valerie@ghharris.com>                     Mon, Oct 20, 9:25 AM
to Tina, me

Good morning Diamarys,

According to the Whitehall Township Treasurer and criteria for exoneration per their ordinance as shown on the form located at https://www.whitehalltownship.org/forms/percapexon_form.pdf, the income for the disabled child exceeds the **$5000/year** threshold, rendering you ineligible for exoneration.

Therefore, you do owe as billed and can set up payment arrangements with our office if necessary.

Thank you,

*Valerie*
G.H. Harris Associates Inc.
570-639-5005 / 570-639-1481
570-639-2964 fax
PO Box 216, Dallas PA 18612
www.ghharris.com

## Exhibit C



**Diamarys Reyes** <diamaryssalon@gmail.com>
to Valerie

Oct 20, 2025, 11:49 AM

Dear Valerie,

Attached please find my formal written request for clarification and reconsideration regarding Account #2425668076.
I appreciate your attention and look forward to your response.

Sincerely,
Diamarys Reyes

One attachment • Scanned by Gmail ⓘ        Add to Drive

[PDF] Formal_Request_...

# Exhibit C

**Diamarys Reyes**
1338 N. 14th St., Apt T23
Whitehall, PA 18052
diamaryssalon@gmail.com

Date: October 20, 2025

**To:**
Valerie
G.H. Harris Associates Inc.
P.O. Box 216
Dallas, PA 18612

**Subject:** Formal Request for Clarification and Review – Exoneration Determination (Acct. #2425668076)

Dear Valerie,

Thank you for your reply and for the time taken to review my exoneration request.

After carefully reviewing **Whitehall Township Code § 24-53 (Exonerations)**, I respectfully request a formal clarification and reconsideration of the determination referenced in your message.

The ordinance provides that exoneration applies when the "income from all sources is less than $5,000 per year" for the person subject to the tax. It does not state that a **dependent child's income**—nor benefits such as **Supplemental Security Income (SSI)** or **SNAP assistance**—should be included in that threshold.

According to the **IRS**, the **Pennsylvania Department of Revenue**, and state laws including **Act 511** and **24 P.S. § 6-679 (School Code)**, these public benefits are **non-taxable and non-countable** for any income-based tax determination. They are federal assistance programs intended to help low-income households, not to disqualify them from local relief.

Therefore, the reasoning that my daughter's SSI exceeds $5,000 should not render me ineligible, as those benefits are legally excluded from taxable-income definitions. I respectfully request that my case be reviewed again in light of these points, or that written documentation be provided identifying the specific ordinance or policy section that authorizes counting **federal SSI/SNAP benefits of a dependent** as income of the taxpayer.

Please confirm receipt of this message and advise when I can expect a written response or policy citation. I appreciate your professional attention to this matter and remain confident that Whitehall Township will apply its ordinance fairly and in accordance with state and federal law.

Sincerely,

**Diamarys Reyes**
1338 N. 14th St., Apt T23
Whitehall, PA 18052
diamaryssalon@gmail.com

## Exhibit D



**Valerie** <valerie@ghharris.com>
to Tina, me                                    Mon, Oct 20, 1:07 PM

Hi Diamarys,

This is a personal tax based on your residency and not an income tax, but I've copied the Whitehall Township Treasurer who may be able to further elaborate regarding the specifics of the ordinance.

Thank you,

*Valerie*
G.H. Harris Associates Inc.
570-639-5005 / 570-639-1481
570-639-2964 fax
PO Box 216, Dallas PA 18612
www.ghharris.com

...

One attachment • Scanned by Gmail ⓘ        Add to Drive

📄 Formal_Request_...

**Exhibit D**



**Tina Koren** <tkoren@whitehalltownship.com>
to me, valerie@ghharris.com ▾

Mon, Oct 20, 1:21PM  ☆  ☺  ↩  ⋮

Hi Ms. Reyes,

Please see attached.

*Whitehall Township Ordinance Article 5 Per Capita sub-section 24-53 Exonerations*

*Tina G. Karen*

Whitehall Township Tax Collector/Treasurer
3221 MacArthur Road
Whitehall, PA  18052
Telephone direct dial (610-477-2809)
Email:  tkoren@whitehalltownship.com
Visit our Website at:  https://whitehalltownship.org



PLEASE NOTE:  ALL TOWNSHIP EMAIL MAY BE SUBJECT TO PUBLIC DISCLOSURE UNDER THE COMMONWEALTH OF PENNSYLVANIA RIGHT TO KNOW ACT

This email message and any attachments is intended for the use of the individual or entity to which it is addressed and may contain information that is priviledged, confidential and exempt from disclosure under applicable law.
If the reader is not the intended recipient, you are notified that any dissemination, distribution, or copying of this message an any attachments is prohibited.
Furthermore, if you have received this communication in error, please notify me immediately by reply email and delete all copies of the original message.
The sender of this message specifically "opts-out" of the Electronic Signature and Global and National Commerce Act (E-Sign) and any and all similar state and federal acts.
Accordingly, but without limitation, any and all documents, contracts, and agreements must contain a handwritten signature of the sender to be legal, valid, and enforceable.

⋯

## Exhibit D



# T O W N S H I P
# O F  W H I T E H A L L

3221 MACARTHUR ROAD, WHITEHALL, PA  18052



# Application for Per Capita Exoneration

*Whitehall Township Ordinance Article 5 Per Capita sub-section 24-53 Exonerations*

All exonerations and fee reductions for the current year must be applied for before December 31.

Section A: Taxpayer Information

Taxpayer Name: _____ PC Bill # _____ Billing Year _____
Address: _____ Phone #_____

Proof of Age (must be attached to this form).  Must be 72 years before July 1 of the current year regardless of income.
   o  Driver's License or Birth Certificate

## Section B:   **Total Exoneration**
To submit for a total exoneration, income from all sources listed below must be under $5,000/year between the age 62 and 71 as of December 31 plus one of the following must apply – Check one:
   o  Widow aged 50 and older as of December 31, of the prior calendar year – until remarried or domestic partner.
   o  Taxpayer permanently/totally disabled as listed: Little or no income, and little or no resources, and a disability, blindness.

**Monthly Family Income and Source Report:**

In addition, the taxpayer shall complete the following monthly family income and source.

|  | Applicant |
|---|---|
| Monthly Salary Gross |  |
| Public Assistance Benefits |  |
| Unemployment Benefits |  |
| Social Security Benefits |  |
| Workers Compensation |  |
| Child Support |  |
| Other (Alimony, etc.) |  |
| Total: | $_____ |

## Section C: **Total Exoneration**
   o  Full-time student (18 years of age and over) attending a full-time college, technical school.  Attached transcript.  (   )
   o  Military Exoneration – must be serving in the military and provide military documentation prior to December 31.  Attached ( )

**I DECLARE THAT THE STATEMENTS CONTAINED HEREIN ARE TRUE AND CORRECT**
SIGNATURE: _____  DATE:_____

*Penalties for falsification of information are subject to Township ordinances resulting in fines up to $600.00.*
Revised 01/23/2024.                                                                                           Reviewed and approved_____

Page  1  /  1    —   Q   +

## Exhibit E



**Diamarys Reyes** <diamaryssalon@gmail.com>
to Tina

Oct 20, 2025, 2:20 PM

Dear Ms. Koren and Ms. Valerie,

Attached please find my completed and signed *Per Capita Exoneration Form (Revised 01.24.2024)* along with supporting documents:

- SSI Benefit Letter (showing $967.00 monthly income)
- SNAP confirmation (food stamps – no cash value)
- Student Enrollment Confirmation (Interamerican University of Puerto Rico – Fall 2025)
- **Pennsylvania Driver's License (photo ID)**

My only income is from SSI, and SNAP benefits are used exclusively for food purchases. Therefore, I respectfully request full exoneration for the 2025 Per Capita Tax under Article 5, Section 24-53 of the Whitehall Township Ordinance.

Please confirm receipt and advise once my application has been reviewed.

Sincerely,
**Diamarys Reyes**
1338 N. 14th St Apt T23
Whitehall, PA 18052
diamaryssalon@gmail.com

**5 Attachments** · Scanned by Gmail · Add all to Drive

**PDF** Per Capita Exoner...

← Reply    → Forward

## Exhibit E



**Diamarys Reyes** <diamaryssalon@gmail.com>          Dec 8, 2025, 8:52 PM (9 days ago)
to valerie, info, Tina ▾

**Subject:** Immediate Suspension Requested – Pending 2025 Exoneration (Account #2425668076)

Dear Ms. Koren and Ms. Valerie,

I am writing in response to the notice dated December 5, 2025. Before addressing the content of that letter, I must clarify that **my Application for Per Capita Exoneration for Billing Year 2025**, along with all supporting documents, was submitted on **October 20, 2025**, well before the **12/31/2025** deadline established under **Whitehall Township Ordinance Article 5, Section 24-53**.

To this date, **I have not received any written approval, denial, or request for additional information** regarding my application. Because the 2025 tax year has not yet concluded, and my application was submitted timely and remains unresolved, **no collection activity, penalties, or wage-attachment procedures may be initiated for 2025** under the ordinance.

Additionally, the notice I received includes alleged balances for multiple prior years but **does not provide any itemization**, such as:

- Amounts owed per year,
- Prior billing statements,
- Supporting documentation, or
- Any explanation of how the total of $204.60 was calculated.

Without proper itemization or prior notice for each claimed year, the amount cannot be considered a valid municipal claim. This aligns with general billing standards referenced in the **Pennsylvania Fair Credit Extension Uniformity Act (FCEUA)**.

I must also document the following for transparency:
**The December 5 collection notice was issued shortly after my exoneration submission and after several attempts on my part to obtain clarification under the ordinance.** The timing and nature of the notice create the appearance of an adverse action taken while my application remained pending. I am documenting this for the record.

In light of the above, I respectfully request:

1. **Immediate suspension ("freeze") of all collection activity**, including any wage-attachment actions, until my 2025 exoneration request is formally reviewed and decided.

2. A **written determination** regarding the exoneration application submitted on 10/20/2025, as required under Article 5, Section 24-53.

3. A full **itemized breakdown** of the amounts allegedly owed per year, along with all supporting documentation.

I have attached the **December 5 notice** and the **completed 2025 Exoneration Application** submitted on October 20, 2025, for

## Exhibit E

I have attached the **December 5 notice** and the **completed 2025 Exoneration Application** submitted on October 20, 2025, for your review.

Please confirm receipt of this message and advise when I should expect the written determination.

Thank you for your time.

Sincerely,
**Diamarys Reyes**
1338 N 14th St, Apt T23
Whitehall, PA 18052
diamaryssalon@gmail.com

**Attachments:**
– Notice dated December 5, 2025
– Application for Per Capita Exoneration (10/20/2025)

...

2 Attachments · Scanned by Gmail ⓘ    ⬇     Add all to Drive





PDF  G.H. HARRISASS...

PDF  Per Capita Exoner...

## Exhibit F



**G. H. Harris Info**                                          Dec 9, 2025, 9:03 AM (8 days ago)    ☆            

to Tina, me ▾

Diamarys,

G. H. Harris Associates Inc., is not involved with the 2025 per capita taxes since they are not delinquent.

The 12/5/25 notice is only for your 2022, 2023, and 2024 per capita taxes,

You have already been informed that for the 2022, 2023, and 2024  per capita taxes, that you do not qualify for an exoneration.

Over the past 2 1/2 years you have been sent 12 different notices concerning your delinquencies and the taxes and collection charges total $204.60.

Be advised that we are the bonded delinquent tax collector of per capita and occupation taxes for the Whitehall-Coplay School District and the Township of Whitehall.  As a Delinquent Tax Collector of per capita taxes we are not govern by the Fair Debt Collection Laws.  While per capita tax obligations are "debts", the courts have held that they are not "consumer debts" that are "voluntarily incurred by the debtor."

The taxes in question are levied and assessed, including our collection activities and costs of collection under the authority of the Local Tax Enabling Act, Act of December 31, 1965, PL 1257, No. 511 and all current amendments.  This Act gives us the direct authority to "impose and collect the reasonable costs incurred to provide notices of delinquency or to implement similar procedures utilized to collect delinquent per capita taxes from a taxpayer".

Your due date to pay these taxes and costs still stands at 12/20/25, in the amount currently due of $204.60. If you need additional time to pay your taxes and costs in full, let us know.

Thank you

...

## Exhibit F



2 of 11

**Diamarys Reyes** <diamaryssalon@gmail.com>
to Harris

Dec 9, 2025, 9:59 AM (8 days ago)

**Subject:** Request for Evidence, Prior Notices, and Immediate Clarification – Account #2425668076

Dear Ms. Koren and G.H. Harris Associates,

Thank you for your response. I must respectfully clarify several points and request documentation for transparency, as your recent email raises inconsistencies that do not align with my records.

**1. I have never submitted any exoneration request for 2022, 2023, or 2024.**

Therefore, it is not possible that I was ever informed of a denial for those years.
To date, I have never received:

- Any exoneration decision for 2022, 2023, or 2024
- Any written denial
- Any income evaluation
- Any notice stating those years were reviewed

If your office states that such notifications were issued, please provide copies for my records.

**2. I have never received 12 notices in the past 2½ years.**

Your message indicates that 12 delinquency notices were sent.
For accuracy and documentation, I respectfully request:

- Exact dates of each notice
- Copies of all 12 notices
- Proof of mailing for each notice

Without documentation or proof of service, these statements cannot be verified.

**3. The timing of the December 5 notice remains concerning.**

The December 5 collection notice was issued shortly after my 2025 exoneration application was submitted and while my request remained pending.
Because no written update, decision, or request for additional information was issued regarding my 2025 submission, the sudden collection action must be documented for my records.

My request here is not an accusation; it is simply part of maintaining accurate documentation.

## Exhibit F



My request here is not an accusation; it is simply part of maintaining accurate documentation.

**4. My request regarding the 2025 exoneration application was not addressed.**

Your message did not clarify:

- Whether my 2025 exoneration request is still under review
- Whether additional information is needed
- Whether the collection activity will remain paused until a determination is issued

I respectfully request a clear written update.

**5. For my records, please provide the following:**

**A. Written status of my 2025 Per Capita Exoneration Application**
(Submitted on October 20, 2025)

**B. Full itemized breakdown of the $204.60**
List each year and each charge separately.

**C. Copies of all prior notices for 2022, 2023, and 2024**, including:

- Billing statements
- Delinquency notices
- Collection notices
- Any letters allegedly mailed
- Any prior exoneration decisions your office referenced

**D. Identification of the municipal office that allegedly issued exoneration "denials" for years in which I never applied.**

**6. I respectfully request that all collection activity remain paused,**
including wage-attachment procedures, until:

- The requested documentation is provided, and
- My 2025 exoneration request has been formally reviewed and decided in writing.

I look forward to your prompt response with the complete documentation requested.
Thank you for your time.

Sincerely,
**Diamarys Reyes**

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Diamary Reyes

**DEFENDANTS**
G.H. Harris Associates, Inc.; Valerie (LNU); Tina J. Koren; Whitehall Township

**(b)** County of Residence of First Listed Plaintiff  Lehigh County, Pennsylvani
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Lehigh County, Pennsylvani
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Diamarys Reyes, 1338 N. 14th St. Apt T23, Whitehall PA 18052, Tel. (610) 620-6107

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
       Plaintiff

☒ 3  Federal Question
       *(U.S. Government Not a Party)*

☐ 2  U.S. Government
       Defendant

☐ 4  Diversity
       *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
       Proceeding

☐ 2  Removed from
       State Court

☐ 3  Remanded from
       Appellate Court

☐ 4  Reinstated or
       Reopened

☐ 5  Transferred from
       Another District
       *(specify)*

☐ 6  Multidistrict
       Litigation -
       Transfer

☐ 8  Multidistrict
       Litigation -
       Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983
Brief description of cause:
Due process violations related to per capita tax exoneration and unlawful collection actions.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
0.00

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
12/17/2025

SIGNATURE OF ATTORNEY OF RECORD
Diamary Reyes (Pro Se)

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.