**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DIAMARY REYES,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-7116** |
| | : | |
| **G.H HARRIS ASSOCIATES, INC,** *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 27th day of March 2026, upon consideration of Plaintiff Diamary

Reyes's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.   The Complaint is **DEEMED** filed.

2.   Reyes's Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN**

**PART WITHOUT PREJUDICE**, for the reasons stated in the Court's accompanying

Memorandum, as follows:

   a.   All federal law claims are **DISMISSED WITH PREJUDICE** for failure to

   state a claim under 28 U.S.C. § 1915(e)(2)(B).

   b.   All claims raised under state law are **DISMISSED WITHOUT**

   **PREJUDICE** for lack of subject matter jurisdiction so Reyes can file these

   claims in the appropriate state court if she chooses to do so.[1]

3.   The Clerk of Court shall **CLOSE** this case.

**BY THE COURT**

*/s/ Catherine Henry*
_____
**CATHERINE HENRY, J.**

---

[1] The Court expresses no opinion on the merits of these claims.